# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

————————————————

Case No. 5D2024-2831
LT Case No. 2022-CF-002273-A

————————————————

MATTHEW WEBB,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

————————————————

On appeal from the Circuit Court for Seminole County.
Michael Joseph Rudisill, Judge.

Olivia M. Goodman, of O'Brien Hatfield, P.A., Tampa, for
Appellant.

James Uthmeier, Attorney General, Tallahassee, and Marissa V.
Giles, Assistant Attorney General, Daytona Beach, for Appellee.

October 23, 2025

PER CURIAM.

    AFFIRMED.

SOUD, BOATWRIGHT, and MACIVER, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————